NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                        Criminal Number __22 CR 314__

Joseph P. Leyden
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_Patrick E. Boyle_
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Patrick Eamon Boyle #6209812
(Attorney & Bar ID Number)

Law Offices of Patrick E. Boyle
(Firm Name)

155 North Michigan Avenue Suite 562
(Street Address)

Chicago, Illinois 60601
(City)          (State)          (Zip)

(312) 565-2888
(Telephone Number)